UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ENTERPRISE FM TRUST and<br>ENTERPRISE FLEET MANAGEMENT,<br>INC., | §<br>§<br>§<br>§ | |
| Plaintiffs, | § | Civil Action No. 2:19-cv-00096 |
| | § | |
| v. | § | |
| | § | |
| EAGLE FORD OILFIELD SERVICES, LLC | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

COMES NOW, Plaintiffs Enterprise FM Trust and Enterprise Fleet Management, Inc. and Defendant Eagle Ford Oilfield Services, LLC to advise the court that all disputes amongst them have been resolved and thus request that the Court enter the Agreed Judgment filed with this Motion.

Respectfully submitted,

FOLEY & LARDNER LLP

By: */s/ Michael R. Rahmn*
 Craig D. Dillard
 State Bar No. 24040808
 FED ID #: 37519
 Michael R. Rahmn
 State Bar No. 24074924
 FED ID #: 1124407
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: cdillard@foley.com
 mrahmn@foley.com

ATTORNEYS FOR PLAINTIFFS

4842-1000-2666.1

2

THE BROWN LAW FIRM

By:   */s/ Jerome A. Brown*
       Jerome A. Brown
       FED ID #: 5882
       State Bar No. 03140000
13900 Sawyer Ranch Road
Dripping Springs, Texas 78620
Telephone:   (512) 306-0092
Telecopy:   (866) 646-5456
Email: jerome@brownbankruptcy.com

ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via ECF on all counsel of record on this the 19th day of May, 2021.

       */s/ Michael R. Rahmn*
       Michael R. Rahmn

4842-1000-2666.1