United States District Court
Southern District of Texas
**ENTERED**
May 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ENTERPRISE FM TRUST, *et al*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-00096 |
| § | |
| EAGLE FORD OILFIELD SERVICES, § | |
| LLC, § | |
| § | |
| Defendant. § | |

## AGREED FINAL JUDGMENT

On this day, the parties hereto, by and through their respective attorneys of record, announced to the Court that they have settled all matters in controversy between them. This lawsuit arises out of Defendant Eagle Ford Oilfield Services, LLC's ("Defendant") refusal to pay Plaintiffs Enterprise FM Trust and Enterprise Fleet Management, Inc. (together, "Plaintiffs") in accordance with the terms of certain contracts and Defendant's refusal to return certain property, including vehicles leased to Defendant for use in Defendant's business. As of the date of this Judgment, Plaintiffs have recovered all but three of the leased vehicles, consisting of the following:

| Year | Make | Model | Vehicle Identification Number |
|---|---|---|---|
| 2018 | Ford | F-150 | 1FTEW1E55JKC28466 |
| 2017 | Ford | F-350 | 1FT8W3DT3HEE98569 |
| 2013 | Ford | F-550 | 1FD0W5HT5DEA26351 |

Defendant agrees that the vehicles are not in its possession and can be considered stolen. Therefore, the parties request that the Court enter this Agreed Final Judgment.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Enterprise FM Trust and Enterprise Fleet Management, Inc. (together, "Plaintiffs") recover from Defendant Eagle Ford Oilfield Services, LLC ("Defendant") the following:

- actual damages in the principal amount of NINETY-EIGHT THOUSAND FIVE HUNDRED TWENTY-SIX AND 63/100 DOLLARS ($98,526.63);

- reasonable and necessary attorneys' fees in the amount of TWENTY-THREE THOUSAND AND 00/00 DOLLARS ($23,000.00); and

- post-judgment interest on all of the foregoing amounts at the rate of FIVE ONE HUNDRETHS PERCENT (0.05%) per annum.

It is further **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs be allowed such other writs and processes as may be necessary in the enforcement and collection of this Judgment.

This is a final, appealable judgment which disposes of all claims and parties in this case.

The Clerk is **DIRECTED** to close this case.

ORDERED on May 20, 2021.

_____
Julie K. Hampton
United States Magistrate Judge